159 A.3d 941

**MORTGAGE INVESTMENTS, LLC**

v.

**Aliya Tasha BASIL, Aliya's Little People, LLC, Occupants**

**Petition of: Aliya Basil**

**No. 306 EAL 2016**

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**